UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN SOAPER,

      Plaintiff,

vs.                          CASE NO.:  6:14-cv-01915-RBD-KRS

THE KEISER SCHOOL, INC.,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Steven Soaper, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, The Keiser School, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 11th day of May 2015.

                                  */s/Jared M. Lee*
                                  Jared Michael Lee, Esquire
                                  Morgan & Morgan, P.A.
                                  20 N. Orange Ave., Suite 1600
                                  Orlando, FL 32801
                                  T: 407-420-1414
                                  F: 407-245-34858
                                  JLee@ForThePeople.com
                                  JMLPleadings@ForThePeople.com
                                  Florida Bar #:  0052284
                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of May 2015, a copy of the foregoing was filed via the Court's CM/ECF filing system providing a copy to all counsel of record.

**SERVICE LIST**

David C. Borucke
FBN: 039195
COLE, SCOTT & KISSANE, P.A.
4301 West Boy Scout Blvd, Suite 400
David.Borucke@csklegal.com
Telephone: (813) 864-9351
Facsimile: (813) 286-2900

Barry A. Postman
FBN: 991856
COLE, SCOTT & KISSANE, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, Florida 33401
Barry.Postman@csklegal.com
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

_/s/ Jared M. Lee_____
Attorney for Plaintiff