UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVEN SOAPER,

   Plaintiff,

-vs-                           CASE NO.:  6:14-CV-1915-ORL-37KRS

THE KEISER SCHOOL, INC.,

   Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      COMES NOW the Plaintiff, STEVEN SOAPER, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above captioned matter.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on June 9, 2015, I electronically emailed the foregoing document to the following: David Borucke at David.Borucke@csklegal.com and Barry A. Postman at Barry.Postman@csklegal.com, Attorneys for the Defendant.

                                 */s/Jared M. Lee*
                                 Jared M. Lee, Esquire
                                 Florida Bar #:  0052284
                                 Morgan & Morgan, P.A.
                                 20 N. Orange Avenue, Suite 1600
                                 Orlando, Florida 32801
                                 T:  (407) 420-1414 / Fax:  (407) 245-3485
                                 JLee@ForThePeople.com
                                 Attorney for Plaintiff